```
1  Vanessa R. Waldref
2  United States Attorney
   Eastern District of Washington
3  Christopher J. Bridger
4  Assistant United States Attorney
   402 E. Yakima Ave., Ste. 210
5  Yakima, WA 98901-2760
6  Telephone: (509) 454-4425
```

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 12 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | 1:23-CR-2052-SAB |
|---|---|
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. §§ 922(g)(1), 924(a)(8) Felon in Possession of a Firearm |
| DAVID ALLEN VICKERS, | |
| Defendant. | 18 U.S.C. § 924, 28 U.S.C. § 2461 Forfeiture Allegations |

The Grand Jury charges:

On or about June 21, 2023, in the Eastern District of Washington, the Defendant, DAVID ALLEN VICKERS, knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit, a Ruger, model LCP, .380 caliber pistol, bearing serial number 372308488, which firearm had theretofore been transported in interstate and foreign commerce, in

INDICTMENT – 1

violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, DAVID ALLEN VICKERS, shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- Ruger, model LCP, .380 caliber pistol, bearing serial number 372308488; and

- 6 rounds of assorted ammunition

DATED this 12 day of September, 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Christopher J. Bridger*
Christopher J. Bridger
Assistant United States Attorney

INDICTMENT – 2