## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br>-vs-<br><br>DAVID ALLEN VICKERS,<br><br>                                Defendant. | Case No.     1:23-cr-02052-SAB-1<br><br>**CRIMINAL MINUTES**<br><br>DATE:     12/16/2025<br><br>LOCATION:     YAKIMA, WA<br><br>SENTENCING |

### CHIEF JUDGE STANLEY A. BASTIAN

| Ruby Mendoza | 02 | | Marilynn McMartin |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Thomas Hanlon | | Rick Hernandez<br>Brian Dosch | |
| **Government Counsel** | | **Defense Counsel** | |

**United States Probation Officer:**     Carrie Valencia

[ X ]  Open Court          [  ]  Chambers          [  ]  Telecon/Video

Defendant present and in custody of the US Marshal.

Court outlines the case. Defendant pled guilty. Court summarizes maximum penalties and guidelines.  Court has reviewed all of the materials submitted and presentence report.  Offense Level of 26; Criminal History Category Level 6; Recommended Range of  120-150 months.

R. Hernandez indicates he submitted objections and withdraws objections 3 and 4. The other objections don't affect the standard range.

Court accepts the calculations in the Presentence Report.

T. Hanlon  presents argument and outlines recommendations.

R. Hernandez presents argument and outlines recommendations.

Court speaks to the defendant.

## [ X ]  ORDER FORTHCOMING

| CONVENED:    9:05 A.M. | ADJOURNED: 9:28 A.M. | TIME:  23 MIN. | CALENDARED     [ X ] |
|---|---|---|---|

*USA -vs- Vickers*     **12/03/2025**
1:23-cr-02052-SAB-1     Page 2
Sentencing Hearing

Defendant speaks to the Court.

Court speaks to the defendant. Court outlines the 3553 factors. Court sentences defendant.

**Imprisonment:** 150 months, Defendant shall receive credit for time served.

**Supervised Release:** 3 years, with all the conditions recommended by U.S. Probation and the following special conditions:

1. You must contribute 10% of your income to any balance owed to the identified vendor for location monitoring. The supervising probation officer may petition the Court on your behalf to modify this requirement if it presents an undue financial hardship.

2. You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

4. You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

5. You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

6. You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Special Penalty Assessment:** $100.00

**Fine:** Waived

Court asks if defendant waives the reading of the conditions.
    R. Hernandez indicates defendant waives a reading of the conditions.

Waiver of Right to Appeal discussed.